IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| TIFFANY N. COOKS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:20-CV-007 (LAG) |
| | : | |
| COLLECTION AND BILLING SERVICES, INC. d/b/a/ CBV COLLECTIONS, INC. | : : : | |
| | : | |
| Defendant. | : | |

## RESPONSE TO COURT'S ORDER [DOC. 7]

COMES NOW, Defendant in the above-referenced matter and responds to the Court's Order of May 29, 2020 [Doc. 7] and states that the parties have reached a settlement and have signed a Settlement Agreement and Release. After receipt of the Court's Order on May 29, 2020, Defendant's counsel attempted to contact Plaintiff's counsel via email to confirm this position, but Defendant's counsel has not received a response.

Respectfully Submitted this 5th day of June, 2020.

                                              GARDNER WILLIS PLAIRE & WILSON
                                              Attorneys for Defendant

                                              */s/ Smith N. Wilson*
                                              Smith N. Wilson
                                              State Bar No. 265251

Prepared by:

  */s/ Smith N. Wilson*
Smith N. Wilson
State Bar No. 265251
Gardner Willis Plaire & Wilson
P.O. Box 71788
Albany, GA 31708-1708
229/883-2441
Smith.wilson@gwspplaw.com
42-154-2020-04-115-47

## **CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that I have this date served the following with a copy of the foregoing RESPONSE TO COURT'S ORDER [DOC. 7] by using the Court's CM/ECF email system and by depositing same in the United States Mail with sufficient postage affixed thereon to assure delivery and addressed to:

Matthew T. Berry
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
matt@mattberry.com

This 5th day of June, 2020.

GARDNER WILLIS PLAIRE & WILSON

By: */s/ Smith N. Wilson*
    SMITH N. WILSON
    State Bar No. 265251